Opinion issued May 9, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00353-CV

____________


IN RE JOHN W. CLARK III D/B/A CELTIC CONSTRUCTORS, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator John W. Clark III d/b/a Celtic Constructors has filed a petition for a
writ of mandamus complaining of Judge Johnson's (1) March 17, and March 27, 2003
orders denying Clark's motion for partial summary judgment and plea in abatement.

 On March 26, 2003, Governor Rick Perry appointed Kent C. Sullivan as judge
of the 80th District. Judge Johnson was not sitting for Judge Sullivan when she
denied the motion for partial summary judgment, and there is no evidence in the
mandamus record that Judge Johnson was sitting for Judge Sullivan when she denied
the plea in abatement. This mandamus proceeding against Judge Johnson is,
therefore, moot. See generally State v. Olsen, 360 S.W.2d 402, 403 (Tex. 1962) (writ
of mandamus will not issue against successor judge); Hoggard v. Snodgrass, 770
S.W.2d 577, 588 (Tex. App.--Dallas 1989, orig. proceeding) (because visiting judge
sits for permanent judge, visiting judge's rulings are rulings of permanent judge).

 We dismiss the petition for a writ of mandamus.


PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.
1. 
 
-